**Order entered June 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00320-CV

## IN RE CGI CONSTRUCTION, INC., Relator

**Original Proceeding from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16221-D**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **DIRECT** the trial court to, within twenty-one (21) days of the date of this opinion, issue a written order reforming the order setting aside the default judgment by removing the condition requiring waiver of arbitration rights. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue. We **ORDER** real party in interest VV Services LP d/b/a Pivot Building Services to bear the costs, if any, of this original proceeding.

/s/ ROBERT M. FILLMORE
JUSTICE